**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **ANDRE DANIELS, #2387599** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:23cv6** |
| | § | |
| **PARIS POLICE DEPARTMENT, ET AL.** | § | |

<u>**MEMORANDUM ADOPTING REPORT AND**</u>
<u>**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**</u>

Came on for consideration the Initial Report and Recommendation of the United States Magistrate Judge in this action (the "Report") (Dkt. #10), this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 20, 2023, the Magistrate Judge entered the Report (Dkt. #10), containing proposed findings of fact and recommendations that Plaintiff's claims against the Paris Police Department be dismissed with prejudice under 28 U.S.C. §§ 1915A and 1915(e). No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's claims against the Paris Police Department are **DISMISSED** with prejudice.

**SIGNED this 28th day of July, 2023.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE