IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ANDRE DANIELS, #2387599 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23cv6 |
| | § | |
| MIDDLETON, ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge (the "Report") in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 10, 2025, the Report (Dkt. #30) was entered containing proposed findings of fact and recommendations that Defendants' motion for summary judgment (Dkt. #28) be granted and that Plaintiff's claims be dismissed with prejudice.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendants' motion for summary judgment (Dkt. #28) is **GRANTED**. Plaintiff's lawsuit is **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**IT IS SO ORDERED.**

SIGNED this 31st day of March, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE